IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID L. BOHN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRICIA McMANAMAN, in her official capacity as Director of the Department of Human Services, State of Hawaii,<br><br>Defendant. | CIVIL NO. 10-00680-DAE-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 11, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT LEHUA BOOTH'S MOTION (1) TO INTERVENE; (2) FOR APPOINTMENT AS CLASS REPRESENTATIVE;

AND (3) FOR LEAVE TO FILE AMENDED COMPLAINT," docket entry no. 35, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 28, 2011.



_____
David Alan Ezra
United States District Judge

David L. Bohn, et al. vs. Patricia McManaman, Civil No. 10-00680 DAE-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION