IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEHUA BOOTH, on behalf of herself, and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RACHEL WONG, in her official capacity as Director of the Department of Human Services, State of Hawaii,<br><br>Defendant. | CV 10-00680 DKW-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 17, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant in Part and Deny in Part Plaintiff's Motions for Award of Attorneys' Fees and Related Non-Taxable Expenses" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: August 5, 2015, Honolulu, Hawai‘i.



Derrick K. Watson
United States District Judge